UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 1:21-cv-21543-FAM

ROBERT MICHAELSON of ADVISORY
TRUST GROUP, LLC, in his capacity as
Debtor Representative and Liquidating
Trustee,

    Plaintiff,

v.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, and
JOHN DOES 1-100,

    Defendants.
_____/

**JOINT MOTION FOR A SIXTY (60) DAY STAY TO**
**ALLOW FOR MEDIATION**

    Plaintiff, ROBERT MICHAELSON of ADVISORY TRUST GROUP, LLC, in his capacity as Debtor Representative and Liquidating Trustee ("Plaintiff") and Defendants PETER BARONOFF, KEITH REUBEN, BRIAN DUNN, DAVID ARMSTRONG, JAMES HOPWOOD, RICHARD GOLD, BRYAN DAY, STAN GRABISH, RICHARD COHEN, STEVEN HELLAND, MALINDA BARONOFF AND SHANNA BARONOFF (together, the "Defendants," and together with Plaintiff, the "Parties"), by and through their undersigned attorneys, hereby file this *Joint Motion for a Sixty (60) Day Stay* to allow for the Parties to conduct early mediation, and in support thereof, state as follows:

KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

CASE NO. 1:21-cv-21543-FAM

1. This action (the "Action") was recently transferred from the United States District Court for the District of Delaware (the "Delaware District Court") to the United States District Court for the Southern District of Florida (this "Court") on or about April 22, 2021 [Docket No. 67].

2. The Delaware District Court entered the following stipulations setting forth various extended deadlines with respect to the Action: (i) the *Stipulation and Agreed Order Regarding Deadlines* between Plaintiff and Defendant Keith Reuben [Docket No. 48], (ii) the *Stipulation and Agreed Order Regarding Deadlines* between Plaintiff and Defendants Peter Baronoff, Malinda Baronoff, and Shanna Baronoff [Docket No. 52], (iii) the *Stipulation and Agreed Order Regarding Deadlines* between Plaintiff and Defendants David Armstrong, Brian Dunn, Richard Gold, Bryan Day, and Richard Cohen [Docket No. 53], (iv) the *Stipulation and Agreed Order Regarding Deadlines* between Plaintiff and Stan Grabish and Steven Helland [Docket No. 54], and (v) the *Stipulation and Agreed Order Regarding Deadlines* between Plaintiff and James Hopwood [Docket No. 57] (collectively, the "Deadline Stipulations" and each a "Deadline Stipulation").

3. Pursuant to the Deadline Stipulations, Plaintiff timely filed its Amended Complaint on April 16, 2021 [Docket No. 60], in advance of the April 20, 2021 deadline in the Deadline Stipulations.

4. Pursuant to the Deadline Stipulations, the deadline for each Defendant to answer or otherwise respond, including by filing a motion to dismiss, to the Amended Complaint (each an "Amended Response") is May 17, 2021 (the "Amended Response Deadline") and the deadline for Plaintiff to file its opposition or otherwise respond to each Amended Response (the "Plaintiff

-2-
KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

8074983 v2

Opposition") is thirty (30) days from the date each Defendant files its Amended Response (the "Plaintiff Opposition Deadline").

5. This Action is in its infancy. Amongst other things, a scheduling order has not been entered, no discovery has been issued, and the pleadings are not closed.

6. The Parties have conferred and agreed that it is in the Parties' best interests to endeavor to resolve this Action through early mediation. The Parties believe, in good faith, that the likelihood of reaching a settlement will be improved if the Parties conduct mediation at an early date, before they incur considerable litigation expense in the prosecution and defense of this Action.

7. The Parties will engage in discussions regarding the selection of a mediator, and anticipate being able to advise the Court of their selection within the next approximately fourteen (14) days.

8. Accordingly, the Parties request a sixty (60) day stay of all litigation activities and deadlines, including a sixty (60) day extension of all deadlines included in the Deadline Stipulations, including, but not limited to, the Amended Response Deadline and the Plaintiff Opposition Deadline, and any other relevant deadliness and activities (the "60-Day Stay and Extension") to allow the Parties to mediate without incurring unnecessary litigation expenses.

9. It is well-within this Court's discretion to grant the proposed 60-Day Stay and Extension based on the Court's inherent power to control its docket. *See Cypress Chase Condo. Ass'n A v. QBE Ins. Corp.*, No. 10-61987-CIV, 2011 WL 1544860, at *5 (S.D. Fla. Apr. 15, 2011) ("The power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and

-3-
KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

8074983 v2

for litigants… Federal courts routinely exercise their power to stay a proceeding where a stay would promote judicial economy and efficiency") (citations omitted); *see also Rodriguez v. Universal Prop. & Cas. Ins. Co.*, No. 16-60442-CIV, 2016 WL 9274717, at *1 (S.D. Fla. Oct. 27, 2016); *Aerofund Fin., Inc. v. Off. Depot, Inc.*, No. 14-80420-CIV, 2014 WL 12539722, at *1 (S.D. Fla. June 23, 2014) ("District Courts have inherent authority to compel mediation, and, if appropriate, to stay litigation during same").

10. No prior application for this relief has been made.

11. The Parties have brought this motion in good faith, and not for purposes of delay or any other improper purpose.

WHEREFORE, the Parties request that the Court enter the 60-Day Stay and Extension with respect to all deadlines included in the Deadline Stipulations and any other relevant deadliness and activities and grant such other, further or different relief as the Court deems just and proper.

DATED this 17th day of May, 2021.

Respectfully submitted,

**BERGER SINGERMAN LLP**

Co-Counsel for Plaintiff
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

By: */s/ Paul Steven Singerman*
 PAUL STEVEN SINGERMAN
 Florida Bar No. 378860
 singerman@bergersingerman.com

**KAPLAN ZEENA LLP**

*Attorneys for Defendants, Brian Dunn David Armstrong, Richard Gold, Bryan Day and Richard Cohen*
2 South Biscayne Blvd.
Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801

By: */s/ James M. Kaplan*
 JAMES M. KAPLAN
 Florida Bar No.:921040
 james.kaplan@kaplanzeena.com

-4-
KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

8074983 v2

elizabeth.salom@kaplanzeena.com
service@kaplanzeena.com

**PARKER, HUDSON, RAINER & DOBBS LLP**

By: */s/ Seann M. Frazier*
Seann M. Frazier
Florida Bar No. 971200
215 South Monroe Street, Suite 750
Tallahassee, Florida 32301
sfrazier@phrd.com
(850) 681-0191

Bryan E. Bates
Georgia Bar No. 140856
*Pro Hac Vice* application to follow
Matthew M. Weiss
Georgia Bar No. 718795
*Pro Hac Vice* application to follow
303 Peachtree Street NW, Suite 3600
Atlanta, Georgia 30308
Telephone: (404) 420-4333
Email: bbates@phrd.com
         mweiss@phrd.com

*Attorneys for Defendants Stanley Grabish and Steven Helland*

**BRODSKY FOTIU-WOJTOWICZ, PLLC**

By: */s/ Benjamin H. Brodsky*
Benjamin H. Brodsky, Esq.
Florida Bar No.: 73748
200 SE 1st Street, Suite 400
Miami, Florida 33131
Tel: 305-503-5054
Fax: 786-749-7644
bbrodsky@bfwlegal.com
docketing@bfwlegal.com

*Attorneys for Peter Baranoff,
Melinda Baranoff, and Shanna Baranoff*

**TEIN MALONE PLLC**

By: */s/ Michael R. Tein*
Michael R. Tein
Florida Bar No. 993522
Gaye L. Huxoll
Florida Bar No. 149497
3059 Grand Avenue, Suite 340
Coconut Grove, FL 33133
(305) 442-1101
tein@teinmalone.com
ghuxoll@teinmalone.com
*Attorneys for Keith Reuben*

**BURR & FORMAN LLP**

By: */s/ Richard A. Robinson*
Richard A. Robinson
Florida Bar No. 41238
1201 N. Market Street, Suite 1407
Wilmington, DE 19801
Telephone: (302) 830-2311
Email: rrobinson@burr.com

*Attorneys for James Hopwood*

8074983 v2

**CASE NO. 1:21-cv-21543-FAM**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17th, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notification of filing via electronic mail to all counsel of record.

By: */s/ James M. Kaplan*
JAMES M. KAPLAN

-6-
KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800 Fax: (305) 530-0801

8074983 v2