UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 21-21543-CIV-MORENO**

ROBERT MICHAELSON, Of Advisory Trust
Group, LLC, In His Capacity as Debtor
Representative and Liquidating Trustee,

       Plaintiff,

vs.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, JOHN
DOE(S) #1-100,

       Defendants.

_____/

## ORDER CLOSING CASE FOR STATISTICAL PURPOSES AND PLACING MATTER IN CIVIL SUSPENSE FILE

THIS CAUSE came before the Court upon the Parties' Joint Motion for a Sixty Day Stay

to Allow for Mediation **(D.E. 76),** filed on **May 17, 2021**.

Accordingly, it is

**ADJUDGED** that:

I.      The Joint Motion is GRANTED.

II.     The Clerk of this Court shall mark this cause as closed for statistical purposes and

place the matter in a civil suspense file.

III.    The Court shall retain jurisdiction and the case shall be restored to the active

docket upon motion of a party if circumstances change so that this action may

proceed to final disposition.

IV.     This order shall not prejudice the rights of the parties to this litigation.

V.      Plaintiff SHALL notify the Court by **July 19, 2021** and every 30 days thereafter

of the current status of the proceedings and when this action is ready to proceed.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of May 2021.

_Federico A. Moreno_

_____
        FEDERICO A. MORENO
        UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record