UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO. 21-21543-CIV-MORENO**

ROBERT MICHAELSON of ADVISORY
TRUST GROUP, LLC, in his capacity as
Debtor Representative and Liquidating
Trustee,

    Plaintiff,

vs.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, and
JOHN DOES 1-100,

    Defendants.
_____/

## STATUS OF PROCEEDINGS

The above-captioned plaintiff ("Plaintiff"), Robert Michaelson of Advisory Trust Group, LLC, in his capacity as Debtor Representative and Liquidating Trustee of the estates of Promise Healthcare Group, LLC and its debtor affiliates, by and through his undersigned counsel, hereby submits this *Status of Proceedings*[1] and states as follows:

1. On October 28, 2020, Plaintiff filed the Complaint (D.E. 1) against Peter Baronoff, Keith Reuben, Brian Dunn, David Armstrong, James Hopwood, Richard Gold, Bryan Day, Stan Grabish, Richard Cohen, Steven Helland, Malinda Baronoff and Shanna Baronoff

---

[1] Plaintiff shared this *Status of Proceedings* with the Defendants for review in advance of filing and the Defendants had no comments to the *Status of Proceedings*.

8174667 v1
10722785-1

(collectively, the "Defendants," and together with Plaintiff, the "Parties") in the United States District Court for the District of Delaware (the "Delaware District Court").

2. On April 16, 2021, Plaintiff filed the Amended Complaint (D.E. 60).

3. On April 22, 2022, this action was transferred from the Delaware District Court to the United States District Court for the Southern District of Florida (the "Court") (D.E. 67).

4. On May 17, 2021, the Parties filed the *Joint Motion for a Sixty (60) Day Stay to Allow for Mediation* (D.E. 76) (the "Joint Stay Motion") requesting a sixty (60) day stay of all litigation activities and deadlines to allow the Parties to mediate the issues in the Amended Complaint.

5. In connection with the Joint Stay Motion, on May 21, 2021, the Court entered the *Order Closing Case for Statistical Purposes and Placing Matter in Civil Suspense File* (D.E. 81) (the "Suspense Order"). Among other things, the Suspense Order (i) closed the case for statistical purposes and placed the matter in a civil suspense file, (ii) provided that the case shall be restored to the active docket upon motion of a party if circumstances change, and (iii) required Plaintiff to notify the Court by July 19, 2021 and every thirty (30) days thereafter of the current status of the proceeding and when the action is ready to proceed.

6. Pursuant to the Suspense Order, Plaintiff submits this *Status of Proceedings*.

7. Since entry of the Suspense Order, the Parties have been engaged in discussions regarding the selection of an appropriate mediator satisfactory to Plaintiff and each of the Defendants. The first mediator considered by the Parties was not ultimately selected. The Parties continued discussions and have selected Brian Spector as the mediator (the "Mediator").

10722785-1

8.       Pursuant to the guidance of the Mediator, the Parties are in the process of scheduling the mediation and the exchange of mediation statements and/or other relevant documents in connection with the mediation process.

9.       Pursuant to the terms of the Suspense Order, Plaintiff will provide a further update to the Court within thirty (30) days from the date hereof regarding the status of the proceeding.

Date: July 19, 2021

Respectfully submitted,

/s/ *Paul Steven Singerman*
Paul Steven Singerman
Florida Bar No. 378860
singerman@bergersingerman.com
BERGER SINGERMAN LLP
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 755-9500
Facsimile: (305) 714-4340

- and -

Andrew H. Sherman (admitted pro hac vice)
Boris I. Mankovetskiy (admitted pro hac vice)
Rachel E. Brennan (admitted pro hac vice)
SILLS CUMMIS & GROSS P.C.
One Riverfront Plaza
Newark, NJ 07102
Telephone: 973-643-7000
Facsimile: 973-643-6500
Email: asherman@sillscummis.com
         bmankovetskiy@sillscummis.com
         rbrennan@sillscummis.com

*Counsel to Robert Michaelson of Advisory Trust Group, LLC, in his capacity as Debtor Representative and Liquidating Trustee*

10722785-1