UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21543-CIV-MORENO

ROBERT MICHAELSON OF ADVISORY
TRUST GROUP, LLC, in his capacity as
Debtor Representative and Liquidating Trustee,

      Plaintiff,

v.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, and
JOHN DOES 1-100,

      Defendants.

_____/

### THE BARONOFF DEFENDANTS' RESPONSE TO
### PLAINTIFF'S MOTION TO RESTORE CASE TO ACTIVE DOCKET

Defendants Peter Baronoff, Malinda Baronoff, and Shanna Baronoff, (collectively the "Baronoff Defendants") by and through undersigned counsel, hereby respond to Plaintiff Robert Michaelson's Motion to Restore Case to Active Docket (the "Motion," ECF No. 87).

The Baronoff Defendants do not oppose the relief sought in the Motion and agree to the deadlines to respond to the Amended Complaint as set forth in the Motion.

WHEREFORE, the Baronoff Defendants request that the Court (i) restore the case to the active docket, (ii) restore the deadlines set forth in the Deadline Stipulations, as modified in the Motion, and (iii) grant such other relief as the Court deems just and proper.



Respectfully submitted,

By: /s/ *Benjamin H. Brodsky*
Benjamin H. Brodsky, Esq.
Florida Bar No. 73748
Daniel L. Humphrey
Florida Bar No. 1024695
BRODSKY FOTIU-WOJTOWICZ, PLLC
*Counsel for Peter Baronoff, Malinda Baronoff, Shanna Baronoff*
200 SE 1 Street, Suite 400
Miami, Florida 33131
Tel:  305-503-5054
Fax:  786-749-7644
bbrodsky@bfwlegal.com
dan@bfwlegal.com
docketing@bfwlegal.com

2

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by Notice of

Electronic Filing generated by CM/ECF, on November 2, 2021, on all counsel or parties of record.


/s/  *Benjamin H. Brodsky*
Benjamin H. Brodsky, Esq.