UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-21543-CIV-MORENO

ROBERT MICHAELSON, Of Advisory Trust
Group, LLC, In His Capacity as Debtor
Representative and Liquidating Trustee,

    Plaintiff,

vs.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, JOHN
DOE(S) #1-100,

    Defendants.
_____/

## ORDER GRANTING MOTION TO RESTORE CASE TO ACTIVE DOCKET

THIS CAUSE came before the Court upon Plaintiff's Supplemental Status of Proceedings and Motion to Restore Case to Active Docket **(D.E. 87)**, filed on **October 19, 2021**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED.

DONE AND ORDERED in Chambers at Miami, Florida, this ___10___ of November 2021.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record