UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**CASE NO. 21-21543-CIV-MORENO**

ROBERT MICHAELSON of ADVISORY
TRUST GROUP, LLC, in his capacity as
Debtor Representative and Liquidating
Trustee,

 Plaintiff,

vs.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH, RICHARD
COHEN, STEVEN HELLAND, MALINDA
BARONOFF, SHANNA BARONOFF, and
JOHN DOES 1-100,

 Defendants.
_____/

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the *Order Granting Motion to Restore Case to Active Docket* [ECF No. 92] has been served via (i) the Court's CM/ECF system upon all parties registered to receive electronic notice in this case as reflected on the attached Electronic Mail Notice List, and (ii) via email and/or U.S. Regular Mail (as indicated below), postage prepaid, upon all parties on the attached Manual Notice List on November 15, 2021.

Date: November 15, 2021           Respectfully submitted,

                  /s/ *Paul Steven Singerman*
                  Paul Steven Singerman
                  Florida Bar No. 378860
                  singerman@bergersingerman.com
                  BERGER SINGERMAN LLP

11014222-1

        1450 Brickell Avenue, Suite 1900
        Miami, FL 33131
        Telephone: (305) 755-9500
        Facsimile: (305) 714-4340

        - and -

        Andrew H. Sherman (admitted pro hac vice)
        Boris I. Mankovetskiy (admitted pro hac vice)
        Rachel E. Brennan (admitted pro hac vice)
        SILLS CUMMIS & GROSS P.C.
        One Riverfront Plaza
        Newark, NJ 07102
        Telephone: 973-643-7000
        Facsimile: 973-643-6500
        Email: asherman@sillscummis.com
               bmankovetskiy@sillscummis.com
               rbrennan@sillscummis.com

        *Counsel to Robert Michaelson of Advisory Trust Group, LLC, in his capacity as Debtor Representative and Liquidating Trustee*

11014222-1

**Electronic Mail Notice List**

The following are those who are currently on the list to receive e-mail notices for this case.

- **Bryan E. Bates**
  bbates@phrd.com
- **Rachel E. Brennan**
  rbrennan@sillscummis.com
- **Benjamin Henry Brodsky**
  bbrodsky@bfwlegal.com, docketing@bfwlegal.com
- **Seann Michael Frazier**
  sfrazier@phrd.com,Sful@phrd.com, mweiss@phrd.com, Bbates@phrd.com
- **Gaye Lon Huxoll**
  ghuxoll@teinmalone.com, fchiong@teinmalone.com
- **James Miller Kaplan**
  james.kaplan@kaplanzeena.com, service@kaplanzeena.com, elizabeth.salom@kaplanzeena.com
- **Boris I. Mankovetskiy**
  bmankovetskiy@sillscummis.com
- **Andrew H. Sherman**
  asherman@sillscummis.com
- **Paul Steven Singerman**
  singerman@bergersingerman.com, DRT@ecf.inforuptcy.com, drt@bergersingerman.com, mdiaz@bergersingerman.com
- **Michael Ross Tein**
  tein@lewistein.com, mpark@teinmalone.com, ghuxoll@teinmalone.com, tein@teinmalone.com, fchiong@teinmalone.com, fchiong@lewistein.com, fakkaya@teinmalone.com, chris@teinmalone.com
- **Matthew M. Weiss**
  mweiss@phrd.com

**Manual Notice List**

The following is the list of parties who are **not** registered to receive e-mail notices for this case (who therefore require manual and/or separate email noticing).

Alicia Garcia
Hiscox USA
5 Concourse Pkwy
Suite 2150
Atlanta, Georgia 30328, US

Bradford J. Sandler
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899
bsandler@pszjlaw.com

11014222-1

Brionna Leah Denby
Department of Justice
820 N. French Street, 6th Floor
Wilmington, DE 19801

Christopher McNulty
Navigators Specialty
690 Asylum Avenue
Hartford, CT 06155

Christopher Parady
Peabody & Arnold LLP
600 Atlantic Avenue
Boston, MA  02210
cparady@peabodyarnold.com

Colin R. Robinson
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, Suite 1600
P.O. Box 8705
Wilmington, DE 19899
crobinson@pszjlaw.com

Elan R. Kandel
Bailey Cavalieri
One Columbus
10 West Broad Street
Suite 2100
Columbus, OH 43215
ekandel@baileycav.com

Evan Thomas Miller
Bayard, P.A.
600 N. King Street Suite 400
Wilmington, DE 19801

Hiscox Management Liability Claims
c/o Christopher McNulty
530 Madison Ave., 32nd floor
New York, NY 10022
d&oclaims@hiscox.com

Ironshore Insurance Services, LLC
One State Street Plaza, 8th floor
New York, N.Y. 10004

11014222-1

James Young
Bailey Cavalieri
One Columbus
10 West Broad Street
Suite 2100
Columbus, OH 43215
jyoung@baileycav.com

Kelly Elizabeth Rowe
White & Williams
600 North King Street, Suite 800
Wilmington, DE 19801
rowek@whiteandwilliams.com

Marc Stephen Casarino
White & Williams
600 North King Street, Suite 800
Wilmington, DE 19801
casarino@whiteandwilliams.com

Meredith Werner
Clyde & Co.
1775 Pennsylvania Avenue,
NW Suite 400
Washington, DC 20006
meredith.werner@clydeco.us

Milad Emam
Bates Carey LLP
191 N Upper Wacker Dr.
#2400
Chicago, IL 60606
memam@batescarey.com

Navigators Pro Claim Department
One Penn Plaza, 32nd floor
New York, NY 10119
navproclaims@navg.com

11014222-1

Ommid C. Farashahi
Bates Carey LLP
191 N Upper Wacker Dr.
#2400
Chicago, IL 60606
ofarashahi@batescarey.com

OneBeacon Insurance
199 Scott Swamp Road
Farmington, Ct. 06032
obiclaims@onebeacon.com

Phil Krajec
RSUI Group, Inc.
945 East Paces Ferry Road
Suite 1800
Atlanta, GA 30326, US

RSUI Group, Inc.
945 East Paces Ferry Road
Suite 1800
Atlanta, Ga., 30326-1160
reportclaims@rsui.com

Richard Robinson
1201 N. Market Street
Wilmington, DE  19801
rrobinson@burr.com

Steven D. Adler
Bayard, P.A
600 N. King Street, Suite 400
P.O. Box 25130
Wilmington, DE 19801

Thad J. Bracegirdle
Bayard, P.A
600 North King Street Suite 400
Wilmington, DE 19801

William Anthony Hazeltine
Sullivan Hazeltine Allinson LLC
919 N. Market Street Suite 420
Wilmington, DE 19801

11014222-1

William D. Sullivan
Sullivan Hazeltine Allinson LLC
919 N. Market Street Suite 420
Wilmington, DE 19801

XL Professional Insurance
100 Constitution Plaza, 17th Floor
Hartford, CT 06103

11014222-1