UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 21-21543-CIV-GOODMAN

ROBERT MICHAELSON OF ADVISORY
TRUST GROUP, LLC, in his capacity as
Debtor Representative and Liquidating Trustee,

    Plaintiff,

v.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH,
RICHARD COHEN, STEVEN HELLAND,
MALINDA BARONOFF, SHANNA
BARONOFF, and JOHN DOES 1-100,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW AS COUNSEL

Defendants, Brian Dunn, David Armstrong, Richard Gold, Bryan Day and Richard Cohen (collectively the "Movants"), file this Motion to permit Marc Casarino, Esq. and Kelly Rowe, Esq. to withdraw as counsel, and would respectfully show the Court as follows:

1. Defendants hereby request that the Court grant this motion to allow Marc Casarino, Esq. and Kelly Rowe, Esq. to withdraw as counsel for the Movants in this action. The Movants also request that the clerk remove Mr. Casarino's and Ms. Rowe's names from the ECF list.

2. Good cause exists to grant this motion, as Mr. Casarino and Ms. Rowe, as Delaware counsel, will no longer be participating in the defense of this action, and James Kaplan and Noah Snyder of Kaplan Zeena LLP will remain as counsel for the Movants in this action.

3. Counsel for Plaintiff has confirmed that Plaintiff does not oppose the relief sought in this motion.

KAPLAN ZEENA LLP
2 South Biscayne Boulevard, Suite 3050, Miami, Florida 33131
Tel: (305) 530-0800  Fax: (305) 530-0801

Wherefore, Defendants Brian Dunn, David Armstrong, Richard Gold, Bryan Day and Richard Cohen respectfully request that this Court enter an Order permitting Marc Casarino and Kelly Rowe to withdraw as counsel for the Defendants.

Date: February 24, 2022.

        Respectfully submitted,

**KAPLAN ZEENA LLP**
*Attorneys for Defendants Brian Dunn, David Armstrong, Richard Gold, Bryan Day and Richard Cohen*
2 South Biscayne Boulevard
Suite 3050
Miami, Florida 33131
Telephone: (305) 530-0800
Facsimile: (305) 530-0801

By: /s/ *James M. Kaplan*
    JAMES M. KAPLAN
    Florida Bar No.: 921040
    james.kaplan@kaplanzeena.com
    elizabeth.salom@kaplanzeena.com
    service@kaplanzeena.com
    NOAH E. SNYDER
    Florida Bar No.: 107415
    noah.snyder@kaplanzeena.com
    maria.escobales@kaplanzeena.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this  24th  day of February, 2022, I electronically filed the foregoing document with the Court using the CM/ECF system, which will send notice of electronic filing to all counsel or parties of record.

By: */s/ James M. Kaplan*
    James M. Kaplan