UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 2021-cv-21543-GOODMAN

ROBERT MICHAELSON OF ADVISORY
TRUST GROUP, LLC, IN HIS CAPACITY
AS DEBTOR REPRESENTATIVE AND
LIQUIDATING TRUSTEE,

    Plaintiff,

v.

PETER BARONOFF, KEITH REUBEN,
BRIAN DUNN, DAVID ARMSTRONG,
JAMES HOPWOOD, RICHARD GOLD,
BRYAN DAY, STAN GRABISH,
RICHARD COHEN, STEVEN HELLAND,
MALINDA BARONOFF, SHANNA
BARONOFF, and JOHN DOES 1-100,

    Defendants.
_____/

## UNOPPOSED MOTION TO WITHDRAW

Defendants Peter Baronoff, Malinda Baronoff, and Shanna Baronoff (the "Baronoffs"), by and through undersigned counsel, file this Motion to permit Daniel Humphrey, Esq. to withdraw as counsel, and state as follows:

1. The Baronoffs hereby request that the Court grant this motion to allow Daniel Humphrey, Esq. to withdraw as counsel. The Baronoffs also seek leave to request that the clerk remove Mr. Humphrey's name from the ECF list.

2. Good cause exists to grant this motion because the undersigned is no longer affiliated with Brodsky Fotiu-Wojtowicz, PLLC. Brodsky Fotiu-Wojtowicz, PLLC will remain as counsel for the Baronoffs in this action.

3. Pursuant to Local Rule 11.1(d)(3) the undersigned has served notice on the Baronoffs and opposing counsel, who do not object to this motion.

Dated:  August 4, 2022

Respectfully submitted,

By: */s/ Daniel Humphrey*
Daniel L. Humphrey
danielhumphrey@quinnemanuel.com
Fla. Bar No.: 1024695
Secondary: sophiaalvarez@quinnemanuel.com
**QUINN EMANUEL URQUHART & SULLIVAN LLP**
2601 South Bayshore Drive, Suite 1550
Miami, FL 33133
Telephone: (786) 850-3624

**CERTIFICATE OF SERVICE**

      I hereby certify that on August 4, 2022, I electronically filed the foregoing with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

      By:   */s/ Daniel L. Humphrey*