UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 21-21543-CIV-GOODMAN

[CONSENT CASE]

ROBERT MICHAELSON OF ADVISORY
TRUST GROUP, LLC, in his capacity as
Debtor Representative and Liquidating Trustee,

      Plaintiff,

v.

PETER BARONOFF, et al.,

      Defendants.

_____/

## POST-DISCOVERY HEARING ADMINISTRATIVE ORDER

On May 12, 2023, the Undersigned held a Zoom videoconference hearing on Non-Parties Credit Value Partners, LLC, Michael Keller, and Don Pollard's (collectively, the "CVP Parties") objections to Defendant Peter Baronoff's ("Baronoff") non-party subpoena to New York Life Investment Management Holdings LLC ("New York Life"). [ECF Nos. 233-34; 237]. At the hearing, the Undersigned **ordered** as follows:

The Court **overruled** the CVP Parties' objections to the subpoena issued to New York Life. New York Life will provide responsive documents through November 2019, pursuant to the search terms negotiated by its attorney (with Baronoff's attorney, who

issued the subpoena). Baronoff shall make timely payment to New York Life for the costs and/or fees incurred in responding to the subpoena, pursuant to the agreement reached with New York Life's counsel.

Plaintiff and CVP Parties will be permitted to conduct a privilege review. Plaintiff's privilege review will follow the agreed-to time frame. If the timing of CVP Parties' privilege review becomes an issue, then Baronoff may set the matter for a discovery hearing.

**DONE AND ORDERED** in Chambers, in Miami, Florida, on May 12, 2023.

Jonathan Goodman
UNITED STATES MAGISTRATE JUDGE

**Copies furnished to**:
All Counsel of Record